# EXHIBIT "A"

**From:** Tim Vetter
**Sent:** Thursday, February 2, 2023 6:01 PM
**To:** McMillan, Sarah (MDOS)
**Cc:** Patrice Johnson
**Subject:** FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Sarah,

I would like to request, via FOIA, a complete qualified voter file dated January 1st, 2023 and February 1st, 2023. At a minimum, this is the same typical data provided in the past via FOIA.

If possible to the standard data issued by your office, I am requesting the following items identified below. If any items can not be provided, please explain in detail why the SOS can not fulfil my FOIA request for this data. Thank you!

1. **A complete list of voters**: Registration status should include but not be limited to all registrants with active, challenged, verify, cancelled and rejected status. Therefore, I would anticipate **every voter** in the November, 2022 election (4,500,400 voters) would be listed in BOTH Jan and Feb QVFs for voting history. I anticipate many registrations will be removed due to death, moving out of state, or request for removal. **However, I want a complete voting history record**. Removed/deleted voting history is not desired. I want a complete voting history list with accurate voting locations of past elections.

2. **Locations**: Every voter should have the exact County, Jurisdiction, and Precinct not modified in their voting history. In the past we received only county and jurisdiction. Also, in the past the location is changed from original voting location to reflect ALL vote history at the current registration location. This past voter history location modification is **NOT** desired. I want the same vote history as maintained in the QVF as provided by the local clerks.

3. **VoterIDs**: Include the typical "Voter_Identification_Number" typical from your group **AND** "voterID" which is provided from the local jurisdictions. See the following screenshot showing two voterIDs per registration.

| VOTERID | VOTERID_(QVF) | WARD PRECINC | LASTNAME | FIRSTNAME | MIDDLENAME | SUFFIX |
|---|---|---|---|---|---|---|
| 26014348925 | 33201362 | 1 | ABRAHAM | DAVID | | |
| 26012583601 | 108962898 | 1 | ALLEN | ANZYO | VENEIL | |
| 26014510819 | 34459230 | 1 | ALLEN FILES | KENNETH | MARCUS | |
| 26010842240 | 34678079 | 1 | ALSTON | MARTHA | LUCILLE | |
| 26002390663 | 9853141 | 1 | AMADI | NORMA | PAULETT-SMITH | |
| 26014150990 | 160627525 | 1 | AMERSON | TREVON | LEE | |
| 26015145398 | 160009124 | 1 | ANDERSON | JOYCE | NINA LAJEAN | |
| 26008941716 | 4003541815 | 1 | ANDERSON | MICHAEL | JAMES | JR |
| 26011566364 | 159662835 | 1 | ANTAL | KARIN | LOUISE | |
| 26008895467 | 4003225712 | 1 | ANYANWU | NGOZI | CAROL | |
| 26009777728 | 210013496 | 1 | ANYANWU | PERRY | | |
| 26001193823 | 5833834 | 1 | ARCHIE | WILLIAM | SYLVANUS | |

**VoterID from local clerk** (yellow column: VOTERID)

**VoterID still used from Lansing** (green column: VOTERID_(QVF))

In addition to the data normally provided with a qualified voter file request, please also include in this file all records in the qualified voter file for all voter statuses. The list of voter status should include but not be limited to all registrants with active, challenged, verify, cancelled and rejected status. If additional voter status' exist it should include those as well. Please include in this FOIA the complete voter record file and the complete voter history file. Additionally, please also include the AV file from the August 2022 primary.

Please note the data for this FOIA response should be on a USB drive and mailed to:
Tim Vetter
6505 Arrowhead Court
Davisburg, MI 48350

Take Care,
Tim

**From:** McMillan, Sarah (MDOS)
**Sent:** Friday, May 19, 2023 8:14 AM
**To:** Tim Vetter
**Cc:** Patrice Johnson; Patrick Colbeck; Janice Daniels; Talsma, Stuart (MDOS); Elizabeth Nielsen <nielsen@mklaw.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Tim,

We can upload to a secure FTP if you provide me with the information below. I also realized never sent you the password for the flashdrive: Electi@n2022



As for your questions:
1. The file will contain all voters that we have record of voting in the Nov 2022 election. Local clerks are responsible for uploading voting history. If they haven't uploaded their history we will not have that data.
2. The file will contain voting location
3. This will have to be a separate request. I have attached an invoice for the estimated cost

*Sarah McMillan*

Operations Security Analyst
Michigan Department of State – Bureau of Elections
Register to vote or get important voter information at Michigan.gov/vote


**From:** Tim Vetter <timlovesann@me.com>
**Sent:** Wednesday, May 17, 2023 6:55 PM
**To:** McMillan, Sarah (MDOS) <McMillanS@michigan.gov>
**Cc:** Patrice Johnson <patricejohnson11@gmail.com>; Patrick Colbeck <patrick@migrassrootsalliance.org>; Janice Daniels <RadioJanice@protonmail.com>; Talsma, Stuart

(MDOS) <talsmas@michigan.gov>; Elizabeth Nielsen <nielsen@mklaw.com> <nielsen@mklaw.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Hi Sarah,
I have not received the thumb drive yet which was, I assume, in the mail on May 9th. Can you upload this FOIA data to a secure FTP site if I do not receive it by tomorrow? Please confirm. Also, I did not received any confirmations to my questions, shown below, sent to your on May 8th.

Take Care,
Tim

**From:** Tim Vetter
**Sent:** Monday, May 8, 2023 8:34 AM
**To:** McMillan, Sarah (MDOS)
**Cc:** Patrice Johnson; Patrick Colbeck; Janice Daniels; Talsma, Stuart (MDOS); Elizabeth Nielsen <nielsen@mklaw.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Thank you Sarah,
In addition to sending the data tomorrow via flash drive, can you please confirm the following:

- Your data provided will contain the complete list of all 4,500,400 November 2022 voting records with a minimum of the column headers listed on my March 13th email?
- The voting history will contain County, Jurisdiction, and Precinct of the **voting location**. Not the current relocated address if the voter moved.
- If there are any clerks who have "failed to upload voting data" please list these clerks by name and jurisdiction and provide any past email documentation from the SOS attempting to get remaining election data.
- You stated: "We can include the "Voter_Identification_Number", however we do not have record of "voterID" that is given out by jurisdictions so we will not be able to provide that." Please provide a response to my email dated April 28th. Why this voterID can not be provided.

Thank you Sarah I welcome your feedback to my FOIA questions.

Take Care,
Ti

**From:** McMillan, Sarah (MDOS)
**Sent:** Monday, May 8, 2023 8:05 AM
**To:** Tim Vetter
**Cc:** Patrice Johnson; Patrick Colbeck; Janice Daniels; Talsma, Stuart (MDOS); Elizabeth Nielsen <nielsen@mklaw.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Tim,

We did receive your payment and we have your file ready for you. For security reasons I can't upload it to your cloud folder. However, I will put it on an encrypted flashdrive and place it in the mail for you tomorrow.

Thank you

*Sarah McMillan*

Data & Programs Analyst/FOIA Coordinator
Michigan Department of State – Bureau of Elections
Register to vote or get important voter information at [Michigan.gov/vote](Michigan.gov/vote)

---

**From:** Tim Vetter <timlovesann@me.com>
**Sent:** Monday, May 8, 2023 4:28 AM
**To:** McMillan, Sarah (MDOS) <McMillanS@michigan.gov>
**Cc:** Patrice Johnson <patricejohnson11@gmail.com>; Patrick Colbeck <patrick@migrassrootsalliance.org>; Janice Daniels <RadioJanice@protonmail.com>; Talsma, Stuart (MDOS) <talsmas@michigan.gov>; Elizabeth Nielsen <nielsen@mklaw.com> <nielsen@mklaw.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Hi Sarah,
Tomorrow will be a week since I mailed my check to your office. Has it been received by your Cashier Unit? If yes, when can I anticipate receiving the FOIA data requested on Feb 2nd 2023, clarified on March 13th, and further clarified on April 28th?

SARAH FOLDER – I created this cloud folder if you don't mind uploading my FOIA dataset of Nov. 2022 voters here.

Take Care,
Tim

---

**From:** Tim Vetter
**Sent:** Wednesday, May 3, 2023 6:23 AM
**To:** McMillan, Sarah (MDOS)
**Cc:** Patrice Johnson; Patrick Colbeck; Janice Daniels; Talsma, Stuart (MDOS); Elizabeth Nielsen <nielsen@mklaw.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Sarah,

I put a check in the mail yesterday (Tuesday, May 2nd) for the amount you requested for my FOIA.  Thank you!

Take Care,
Tim

**From:** McMillan, Sarah (MDOS)
**Sent:** Monday, May 1, 2023 1:12 PM
**To:** Tim Vetter
**Cc:** Patrice Johnson; Patrick Colbeck; Janice Daniels; Talsma, Stuart (MDOS); Elizabeth Nielsen <nielsen@mklaw.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Tim,

Below is a fee letter and attached is an invoice for your request. Please let me know if you have any questions.

May 1, 2023

Tim Vetter
6505 Arrowhead Court
Davisburg, MI 48350

# FREEDOM OF INFORMATION ACT NOTICE

The Michigan Department of State (Department) is in receipt of your recent request for documents dated February 2, 2023 submitted pursuant to the Michigan Freedom of Information Act (FOIA), 1976 PA 442, MCL 15.231 *et seq*.  The Department received your request on February 3, 2023.  MCL 15.235(1).   The Department has begun to process the request under FOIA and issues this preliminary notice in response to your request, a copy of which is attached and incorporated herein.

Your FOIA request for *List of November 2022 Voters* is denied in part and granted in part as to existing, nonexempt public records that are determined to be responsive to your request.  Your request is denied to the extent that it seeks "[r]ecords or information specially described and exempted from disclosure by statute."  MCL 15.243(1)(d).  Under Michigan Election Law, the following is exempt from disclosure:

> (a) The record that a person declined to register to vote.
> (b) The office that received a registered voter's application.
> (c) A registered voter's driver's license or state personal identification card number.
> (d) The month and day of birth of a registered voter.
> (e) The telephone number provided by a registered voter.

    (f)  The digitized signature of an elector that is captured or reproduced and transmitted to the Qualified Voter File.
    (g) The last four digits of a registered voter's social security number contained in a registration record.

MCL 168.509gg(1) – (2).  The Department is required to separate exempt from nonexempt material.  MCL 15.244(1).  Where a responsive record contains both exempt and nonexempt material, the Department will redact such material.

In order to process your request, please pay the total processing fee of $55.10.  FOIA authorizes the Department to charge for mailing costs, copying, searching, reviewing, deleting and separating exempt from nonexempt information (MCL 15.234).  The failure to charge a fee for the search, examination, review, and the deletion and separation of exempt from nonexempt information would result in unreasonably high costs to the Department in this particular instance because, your request requires Department employee(s) to be diverted from their regularly assigned duties in order to process your request.

Checks or money orders should be made payable to the STATE OF MICHIGAN and mailed to:

Michigan Bureau of Elections
PO Box 20126
Lansing, MI 48901-0726

As set forth under section 4(14) of the FOIA, MCL 15.234(14), the Department must receive the required deposit within 45 days after your receipt of this notice, which is June 15, 2023, otherwise the FOIA request will be considered abandoned and the Department will not be required to fulfill the request.

Regarding the partial denial of your request, under FOIA (MCL 15.240) you may do one of the following:

1. Appeal this decision in writing to the Secretary of State's designated appeals officer at:

    Secretary of State Jocelyn Benson
    Attn: Michael J. Brady
    Legal Services Administration
    Michigan Department of State
    P.O. Box 30204
    Lansing, Michigan 48918

    The writing must specifically state the word "appeal" and must identify the reason or reasons you believe the denial should be reversed.  The Department must respond to your appeal within 10 business days of its receipt.  Under unusual circumstances, the time for a response may be extended by 10 business days.

2. File an action in the appropriate court within 180 days after the date of the final determination to deny the request.  If you prevail in such an action, the court is to award reasonable attorney fees, costs and disbursement, and possible damages.

The Department's FOIA Procedures and Guidelines can be accessed at www.michigan.gov/sos, under the "FOIA" tab at the bottom of the page.

Sincerely,

*Sarah McMillan*

Data & Programs Analyst/FOIA Coordinator
Michigan Department of State – Bureau of Elections

---

**From:** Tim Vetter <timlovesann@me.com>
**Sent:** Friday, April 28, 2023 11:43 AM
**To:** McMillan, Sarah (MDOS) <McMillanS@michigan.gov>
**Cc:** Patrice Johnson <patricejohnson11@gmail.com>; Patrick Colbeck <patrick@migrassrootsalliance.org>; Janice Daniels <RadioJanice@protonmail.com>; Talsma, Stuart (MDOS) <talsmas@michigan.gov>; Elizabeth Nielsen <nielsen@mklaw.com> <nielsen@mklaw.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Hi Sarah,
I am not looking for the "entire state voter files from Jan 1, 2023 and Feb 1, 2023" which removed November 2022 general election voters.  FYI-I already have these standard monthly QVF datasets that you issue.  This is not what I asked for in my original FOIA dated February 2nd and clarification/follow-up to that same FOIA dated March 13th.

- As my original FOIA clearly stated, Yes, "just who voted in the Nov 2022 election".  Header columns listed in the March 13th email intended for clarification/follow-up.
- If you **can not** provide the "voterID" that is given out by local jurisdictions, then per my original FOIA request dated Feb, 2nd, please do the following:
    - "If any items can not be provided, please explain in detail why the SOS can not fulfill my FOIA request for this data."
    - **Therefor, I want a clear explanation why the local jurisdictions can not provide the same "Voter_Identification_Number" you give from the SOS.  Both of these voterID numbers are in the single QVF system maintained by the SOS.**  The local jurisdictions has provided this same "Voter_Identification_Number" in the past using the QVF system managed by the SOS.  Why was this statewide change made by the SOS to the QVF system?  Can this clear change by the SOS be reversed/corrected so a common voterID number can be used for matching voter registration data?

Take Care,
Tim

**From:** McMillan, Sarah (MDOS)
**Sent:** Wednesday, April 26, 2023 11:08 AM
**To:** Tim Vetter
**Cc:** Patrice Johnson; Patrick Colbeck; Janice Daniels; Talsma, Stuart (MDOS)
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Tim,

Sorry for delay. We have a couple things that we need you to clarify.

We can get you the entire state voter files from Jan 1, 2023 and Feb 1, 2023. Did you also want the complete voting history files with these? These files will not include any voters that have been cancelled, moved out of state, etc.

- Are you looking for a file of just who voted in the Nov 2022 election or are you looking for all past voting history for every voter?
- We can include the "Voter_Identification_Number", however we do not have record of "voterID" that is given out by jurisdictions so we will not be able to provide that

Thank you

*Sarah McMillan*

Data & Programs Analyst/FOIA Coordinator
Michigan Department of State – Bureau of Elections
Register to vote or get important voter information at Michigan.gov/vote

---

**From:** Tim Vetter <timlovesann@me.com>
**Sent:** Saturday, April 22, 2023 4:02 PM
**To:** McMillan, Sarah (MDOS) <McMillanS@michigan.gov>
**Cc:** Patrice Johnson <patricejohnson11@gmail.com>; Patrick Colbeck <patrick@migrassrootsalliance.org>; Janice Daniels <RadioJanice@protonmail.com>
**Subject:** FW: FOIA request - Tim Vetter - Jan. Feb. 2023

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

++Janice Daniels

Hi Sarah,
I am resending this request because I notice I did not CC Janice Daniels. I am still looking forward to your response.

Take Care,

Tim

**From:** Tim Vetter
**Sent:** Monday, April 17, 2023 6:43 PM
**To:** McMillan, Sarah (MDOS)
**Cc:** Patrice Johnson; Patrick Colbeck
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Sarah, I have not received any feedback from my February 2nd FOIA request.  Can you please reply with any details why my FOIA request is delayed so long.  Asking for a simple and accurate November 2022 vote history from our QVF should be a simple 15 minute export task.  The December 2022 QVF was missing 17,974 voters.  I would anticipate all 4,500,400 voters by now are all in the QVF with accurate voting history locations.

Please reply ASAP.

Take Care,
Tim

**From:** Tim Vetter
**Sent:** Monday, March 13, 2023 7:15 AM
**To:** McMillan, Sarah (MDOS)
**Cc:** Patrice Johnson; Patrick Colbeck;
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Sarah,
I no longer need the standard January or February statewide lists you have provided to me in the past.

Are there any questions about my additional 3 FOIA requests listed below?  I have not received any feedback from you since February 9th.  Keep in mind my 3 FOIA requests can be fulfilled in one single dataset.  Simply put, all I need is an accurate voting history file for our November 8th 2020 election with the following 7 headers and with the 4,500,400 records that are documented by the SOS as the official vote total by the SOS:
1. VoterID_Local – (All statewide local clerks provide this voterID number for each voter when we request a QVF)
2. voter_identification_number
3. County_Name
4. Jurisdiction_Name
5. Precinct
6. Election_Date  (All dates should be Nov. 8, 2023)
7. is_absentee_voter

Items 3, 4, & 5 above should have the actual voting location NOT changed to the existing voter's registration location.  Also, as documented in Patrick Colbeck's attached letter from Adam Fracassi, if there are any clerks who have "failed to upload voting data" please list these clerks by name and jurisdiction and provide any past email documentation from the SOS attempting to get remaining election data.

I look forward to feedback ASAP

Take Care,
Tim

**From:** McMillan, Sarah (MDOS)
**Sent:** Thursday, February 9, 2023 7:50 AM
**To:** Tim Vetter
**Cc:** Patrice Johnson
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Tim,

I am looking into getting a cost and what we are able to provide for the special requests. As for the 2 standard files, I already uploaded the standard monthly files for January and February to your FTP after Joanne Bakale requested them. Would you also like them mailed on a flashdrive?

Thank you

*Sarah McMillan*

Data & Programs Analyst/FOIA Coordinator
Michigan Department of State – Bureau of Elections
Register to vote or get important voter information at Michigan.gov/vote

**From:** Tim Vetter <timlovesann@me.com>
**Sent:** Wednesday, February 8, 2023 9:10 AM
**To:** McMillan, Sarah (MDOS) <McMillanS@michigan.gov>
**Cc:** Patrice Johnson <patricejohnson11@gmail.com>
**Subject:** RE: FOIA request - Tim Vetter - Jan. Feb. 2023

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Hi Sarah,
For now please provide the FOIA cost for the standard monthly QVF data typically provided in the past.  We plan to pay for both months ASAP and we want this election data ASAP.  Thank you.

When time allows, please provide the requested special requested feedback to the below additional 3 FOIA questions ASAP.

Take Care,
Tim

**From:** Tim Vetter
**Sent:** Thursday, February 2, 2023 6:01 PM
**To:** McMillan, Sarah (MDOS)
**Cc:** Patrice Johnson
**Subject:** FOIA request - Tim Vetter - Jan. Feb. 2023

Hi Sarah,
I would like to request, via FOIA, a complete qualified voter file dated January 1st, 2023 and February 1st, 2023. At a minimum, this is the same typical data provided in the past via FOIA.

If possible to the standard data issued by your office, I am requesting the following items identified below. If any items can not be provided, please explain in detail why the SOS can not fulfil my FOIA request for this data. Thank you!

1. ==A complete list of voters==: Registration status should include but not be limited to all registrants with active, challenged, verify, cancelled and rejected status. Therefore, I would anticipate ==every voter== in the November, 2022 election (4,500,400 voters) would be listed in BOTH Jan and Feb QVFs for voting history. I anticipate many registrations will be removed due to death, moving out of state, or request for removal. ==However, I want a complete voting history record==. Removed/deleted voting history is not desired. I want a complete voting history list with accurate voting locations of past elections.
2. ==Locations==: Every voter should have the exact County, Jurisdiction, and Precinct not modified in their voting history. In the past we received only county and jurisdiction. Also, in the past the location is changed from original voting location to reflect ALL vote history at the current registration location. This past voter history location modification is ==NOT== desired. I want the same vote history as maintained in the QVF as provided by the local clerks.
3. ==VoterIDs==: Include the typical "Voter_Identification_Number" typical from your group ==AND== "voterID" which is provided from the local jurisdictions. See the following screenshot showing two voterIDs per registration.

> Loading...

In addition to the data normally provided with a qualified voter file request, please also include in this file all records in the qualified voter file for all voter statuses.  The list of voter status should include but not be limited to all registrants with active, challenged, verify, cancelled and rejected status.  If additional voter status' exist it should include those as well.  Please include in this FOIA the complete voter record file and the complete voter history file.  Additionally, please also include the AV file from the August 2022 primary.
Please note the data for this FOIA response should be on a USB drive and mailed to:
Tim Vetter
6505 Arrowhead Court
Davisburg, MI  48350

Take Care,
Tim

**EXHIBIT "B"**



# Michigan's 2022 General Election Validity Scorecard

## ★ 1. Were the voter rolls accurate, as required by the National Voter Registration Act of 1993?

| Ineligible or Uncertain Registration Type | Number of Instances * |
|---|---:|
| Invalid addresses | 100,229 |
| Age discrepant (younger than 16, older than 115) | 4,714 |
| Back-dated new registrations | 2,204 |
| Illegal duplicates | 7,481 |
| Voter removed then added back. | 6,069 |
| Double votes ADDED and REMOVED | 11,511 |
| Votes altered post certification | 57,903,469 |
| Registration was processed on a non-business day | 152,047 |
| Invalid registration status | 13,824 |
| Invalid names | 4,235 |
| **APPARENT REGISTRATION VIOLATIONS:** | **58,205,783** |

## ★ 2. Were the votes counted from eligible voters, as required by the US Constitution?

| Ineligible or Uncertain Registration Type that Voted in 2022 GE | Votes cast in 2022 GE* |
|---|---:|
| Illegal addresses | 47,805 |
| Age discrepant (younger than 16, older than 115) | 2 |
| Back-dated new registrations | 444 |
| Illegal duplicates | 506 |
| Votes altered post certification. | 226,928 |
| Vote history ADDED LATE and/or DELETED within 5 years | 92,078 |
| Vote history MOVED to a new voter ID | 3,646 |
| Double votes | 10 |
| Vote history removed but still active | 630 |
| MISSING absentee voters on the Nov 14th, 2022 Absentee Ballot Tracking Report | *** 1,582 |
| Invalid status | 2,995 |
| Missing votes | 540 |
| Invalid names | 1,964 |
| **APPARENT VOTING VIOLATIONS:** | **379,130** |
| **UNIQUE VOTES IMPACTED BY APPARENT VOTING VIOLATIONS:** | **369,107** |

## ★ 3. Was the number of votes counted equal to the number of voters who voted?

| Official Source | Reported Total |
|---|---:|
| MISBOE Official Tabulated & Certified Results | **** 4,500,400 |
| Voters who voted according to the raw data - 2022 (12/01/2022) | * 4,482,427 |
| **DIFFERENCE: ( more votes counted than voters who voted )** | **17,973** |
| MISBOE Official Tabulated & Certified Results | **** 4,500,400 |
| Voters who voted according to Poll Book Totals | 4,497,232 |
| **DIFFERENCE: ( more votes counted than voters who voted )** | **3,168** |
| MISBOE Official Tabulated & Certified Results | **** 4,500,400 |
| Voters who voted according to "Official" list of voters - 2022 (05/23/2023) | ** 4,486,342 |
| **DIFFERENCE: ( more votes counted than voters who voted )** | **14,058** |

## ★ 4. Was the number of ballots in error valid according to the Help America Vote Act of 2002?

| | |
|---|---:|
| Apparent voting violations | 369,107 |
| Allowable machine error rate is 1/10,000,000 ballot positions or 1/125,000 ballots | 36 |
| **Unresolved vote errors: Provable accuracy fails to meet any protective legal standard** | **369,071** |

*"Congress seeks. . . .to guard the election of members of Congress against any possible unfairness by compelling, under its pains and penalties, everyone concerned in holding the election to a strict and scrupulous observance of every duty devolved upon him while so engaged. . . . The evil intent consists in disobedience to the law."* —In re Coy, 127 U.S. 731 (1888)

\* Extracted from an official data source of the Michigan Voter database provided via FOIA request on December 1st, 2022.
\*\* Extracted from an official data source of the Michigan Voter database provided via FOIA request on May 23rd, 2023.
\*\*\* Extracted from an official data source of the Michigan Voter database provided via FOIA request on November 14th, 2022.
\*\*\*\* November 2022 election certification date = 12/22/2022 - https://mielections.us/election/results/2022GEN_CENR.html#

Unite4Freedom.com   ★   info@Unite4Freedom.com

© United Sovereign Americans, Inc.

07302024

# EXHIBIT "C"



# Michigan's 2022 General Election Validity Reconciliation

| GROUP | DESCRIPTION | REGISTRATIONS | 2022 GENERAL ELECTION VOTES |
|---|---|---|---|
| Eligible | Records appear valid so voters are presumed **eligible** to vote. Results can be certified. | 7,070,211 | 4,131,293 |
| Uncertain | Records contain illogical and/or invalid information, so it is **uncertain** whether voters are eligible to vote. Investigation is required before results can be certified. | 26,332 | 2,407 |
| Ineligible | Records appear to violate black letter election laws, so voters are presumed **ineligible** to vote. Investigation is required before results can be certified. | 491,409 | 366,700 |
| Deadwood* | | 0 | 0 |
| **TOTAL** | | 7,587,952 ** | 4,482,427 ** |
| | Total Database Records / Total Votes Counted per official published tallies | 7,587,952 | 4,500,400 *** |
| **DIFFERENCE** | | 0 | 17,973 + |

Registration Error Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6.8%
Vote Error Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8.2%
Margin of Victory in MI Congressional District 7 (192,809/172,624 votes)**** . . . . . . . . . . . 5.5%
Legal Standard of Allowable Error for Federal Elections^ . . . . . . . . . . . . . . . . . . . . . . . . . . 0.0008%




# Michigan's 2022 General Election Validity Reconciliation

**The measured error rate of the electoral process in Michigan, from registration through certification, makes it impossible to legally certify any election in Michigan.** Whether due to ignorance, arrogance or malice, the error rate simply outstrips the margins of victory. Countless unique investigations were required by law before certification could proceed. Election officials may never be able to prove that those granted the privilege of writing laws for the nation legitimately represented the will of eligible citizen voters.

The registration and voting error rates reported here represent minimums. We have ample reason for concern, after two years of careful study, that the actual error rates are higher.

## 2022 Federal Elections in which the error rate exceeded the margin of victory:

**All US Senate, MI Congressional Districts**

**Every race in MI's 2022 GE was irretrievably impacted by an error rate 10,000 times the legal standard for system accuracy.**

\* "'Deadwood' allows for fraudulent ballots, which can be used to stuff the ballot box." Federal Prosecution of Election Offenses, Eighth Edition, 2017, US Department of Justice Public Integrity Section, Chapter 2 Corruption of the Election Process (B)(5)(a), Richard C. Pilger, ed., p. 28.

⁺ 17,973 votes counted are completely unaccounted for in the system. They are not associated with any voter.

\*\* Extracted from an official data source of the Michigan Voter database provided via FOIA request on December 1st, 2022.

\*\*\* November 2022 election certification date = 12/22/2022 — https://mielections.us/election/results/2022GEN_CENR_TURNOUT.html

\*\*\*\* November 2022 election results, US House of Representatives District 7 — https://mielections.us/election/results/2022GEN_CENR.html

^ "This rate is set at a sufficiently stringent level such that the likelihood of voting system errors affecting the outcome of an election is exceptionally remote even in the closest of elections." Voting System Standards, Volume I: Performance Standards. April, 2002, Federal Election Commission, United States of America. The accuracy requirement of the voting system is predicated on the voter rolls being accurate as required by the National Voter Registration Act, 1993.