UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOCELYN BENSON, et al., <br><br> Defendants. | Case No. 24-12256 <br><br> Honorable Robert J. White |

## ORDER TO SECURE LOCAL COUNSEL

Local Rule 83.20(f)(1) requires a member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan to specify as local counsel a member of the bar of this court with an office in the district.  Local counsel must then enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. A review of the court record reveals that Plaintiffs do not currently satisfy this requirement.  Accordingly,

IT IS ORDERED that within 14 days of this order, Plaintiffs either (1) show proof of current counsel's active membership with the State Bar of Michigan, or (2) have local counsel file an appearance with this court.

Dated: September 6, 2024                         s/Robert J. White
                                                                                             Robert J. White
                                                                                             United States District Judge