## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Michigan

Case Number: 24-CV-12256

Plaintiff:
UNITED SOVEREIGN AMERICANS INC., et al.
vs.
Defendant:
JOCELYN BENSON, et al.

For: VAN DER VEEN, HARTSHORN & LEVIN

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on JOCELYN BENSON, SECRETARY OF MICHIGAN, 430 W. ALLEGAN ST., 4TH FL., LANSING, MI 48918. I, Angela Vermillion, being duly sworn, depose and say that on the 10th day of September, 2024 at 1:24 p.m., executed service by delivering a true copy of the SUMMONS & PETITION FOR RELIEF IN THE FORM OF WRIT OF MANDAMUS in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

(X) SUBSTITUTE SERVICE: BY SERVING Jennifer Sits AS Senior Executive Management Assistant.

( ) POSTED SERVICE: _____

( ) OTHER SERVICE: AS DESCRIBED IN THE COMMENTS BELOW BY SERVING _____ AS _____

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

COMMENTS: _____

Age 45  Sex M (F)  Race White  Height 5'3"  Weight 210  Hair Blonde  Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 12th day of September, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

SCOTT A. VANOCHTEN
Notary Public, State of Michigan
County of Livingston
My Commission Expires 11-20-2024
Acting in the County of Livingston

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: 2024009182
Ref: UNITED SOVEREIGN AMERICANS

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.0s

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United Sovereign Americans, Inc, et al.,

*Plaintiff,*

v.

Jocelyn Michelle Benson, et al.,

*Defendant.*

Case No. 2:24-cv-12256-RJW-APP
Hon. Robert J. White

## SUMMONS IN A CIVIL ACTION

To: Jocelyn Benson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Bruce L Castor Jr
> 1219 Spruce Street
> 19107
> Philadelphia, PA
> 19107

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/ Caitlin M Shrum
*Signature of Clerk or Deputy Clerk*



Date of Issuance: September 4, 2024