IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.<br>167 Lamp and Lantern Village<br>Suite 194<br>Chesterfield, MO 63017<br><br>   *And*<br><br>MICHIGAN FAIR ELECTIONS<br>INSTITUTE<br>P.O. Box 41<br>Stockbridge, MI 49285<br><br>   *And*<br><br>TIMOTHY MAURO-VETTER<br>6505 Arrowhead Ct<br>Davisburg, MI 48350<br><br>   *And*<br><br>BRADEN GIACOBAZZI<br>6 Parakeet Hill Dr<br>Orion Twp, MI 48359<br><br>   *And*<br><br>PHANI MANTRAVADI<br>8173 Hillside Lakes Dr<br>Brighton, MI 48116<br><br>   *And*<br><br>PHILIP O'HALLORIN<br>294 Cayuga Rd<br>Lake Orion, MI 48362<br><br>   *And*<br><br>DONNA BRANDENBURG,<br>6842 Byron Shores Ct SW<br>Byron Center, MI 49315 | CIVIL ACTION<br><br>Case No.: 2:24CV122256<br>Honorable Robert J. White |

*And*

NICK SOMBERG
1493 Rivona Dr
Waterford Twp, MI 48328

    *Petitioners,*

v.

JOCELYN BENSON, IN HER OFFICIAL
CAPACITY AS THE SECRETARY OF
MICHIGAN
430 W Allegan Street
Richard H. Austin Building – 4th Floor
Lansing, MI 48918

 *And*

MICHIGAN BUREAU OF ELECTIONS
1250 Wilson Street
Marquette, MI 49855

 *And*

DANA NESSEL, IN HER OFFICIAL
CAPACITY AS THE ATTORNEY
GENERAL OF MICHIGAN
525 W. Ottawa Street
Lansing, MI 48906

 *And*

MERRICK GARLAND, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL OF
THE UNITED STATES
950 Pennsylvania Avenue NW
Washington DC 20530

    *Respondents.*

**APPEARANCE**

TO: Clerk of the Court and all counsel of record:

     PLEASE TAKE NOTICE that I hereby enter my Appearance as counsel for Petitioners, in the above-captioned matter.

                      LAW OFFICE OF AARON T. SPECK

                      */S/ Aaron T. Speck*
                      AARON T. SPECK (P38727)
                      Attorney for Petitioners
                      20619 Ecorse Rd
                      Taylor, Michigan 48180
                      (313) 381-9000
                      aaron@alllegalsolutions.com

September 13, 2024