## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Michigan

Case Number: 24-CV-12256

Plaintiff:
**UNITED SOVEREIGN AMERICANS INC., et al.**

vs.

Defendant:
**JOCELYN BENSON, et al.**

For:
VAN DER VEEN, HARTSHORN & LEVIN
1219 Spruce St.
Philadelphia, PA 19107

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **MICHIGAN BUREAU OF ELECTIONS, 1250 WILSON ST., MARQUETTE, MI 49855.**

I, Greg Kroncich, do hereby affirm that on the **11th day of September, 2024 at 11:00 am,** I:

**NON-SERVED - DILIGENT:** after due search, careful inquiry and diligent attempts was unable to serve the **SUMMONS & PETITION FOR RELIEF IN THE FORM OF WRIT OF MANDAMUS** on **MICHIGAN BUREAU OF ELECTIONS** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
THE BUREAU OF ELECTIONS IS NO LONGER ASSOCIATED WITH THE MI SECRETARY OF STATE AT THIS LOCATION AND HASN'T BEEN FOR 10 YEARS. SERVICE REFUSED

I am over the age of 18 and have no interest in the above action.

Greg Kroncich
Process Server

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2024009184
Ref: UNITED SOVEREIGN AMERICANS