# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Michigan

Case Number: 24-CV-12256

Plaintiff:
UNITED SOVEREIGN AMERICANS INC., et al.
vs.
Defendant:
JOCELYN BENSON, et al.

For: VAN DER VEEN, HARTSHORN & LEVIN

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, c/o US ATTORNEY'S OFFICE, 211 W. FORT ST., STE 2001, DETROIT, MI 48226. I, _Daniel Peters_ _____, being duly sworn, depose and say that on the __17__ day of _September_, 20_24_ at _1:25_ P.m., executed service by delivering a true copy of the SUMMONS & PETITION FOR RELIEF IN THE FORM OF WRIT OF MANDAMUS in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

(X) SUBSTITUTE SERVICE: BY SERVING _Michelle Land_ AS _Legal Assistant Specialist_.

( ) POSTED SERVICE: _____.

( ) OTHER SERVICE: AS DESCRIBED IN THE COMMENTS BELOW BY SERVING _____ AS _____.

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

COMMENTS: _____

Age _50_ Sex M/(F) Race _White_ Height _5'4"_ Weight _160_ Hair _Brown_ Glasses (Y) N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_Daniel Peters_
PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: 2024009185
Ref: UNITED SOVEREIGN AMERICANS

Subscribed and Sworn to before me on the _20_ day of _September_, _2024_ by the affiant who is personally known to me.

NOTARY PUBLIC

LYNN M. RODGERS
Notary Public, State of Michigan
County of Macomb
My Commission Expires Jun. 01, 2025
Acting in the County of _Macomb_

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United Sovereign Americans, Inc, et al.,

*Plaintiff,*

v.

Case No. 2:24-cv-12256-RJW-APP
Hon. Robert J. White

Jocelyn Michelle Benson, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: MERRICK GARLAND, Attorney General
c/o United States Attorney

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Bruce L Castor Jr
> 1219 Spruce Street
> 19107
> Philadelphia, PA
> 19107

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By:    s/ Caitlin M Shrum
        *Signature of Clerk or Deputy Clerk*

Date of Issuance: September 4, 2024

