# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Northern District of Michigan

Case Number: 24-CV-12256

Plaintiff:
**UNITED SOVEREIGN AMERICANS INC., et al.**
vs.
Defendant:
**JOCELYN BENSON, et al.**

For: VAN DER VEEN, HARTSHORN & LEVIN

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **MICHIGAN BUREAU OF ELECTIONS, c/o ATTORNEY GENERAL OF MICHIGAN, 525 W. OTTAWA ST., LANSING, MI 48906.** I, Scott VanOchten, do hereby affirm that on the 24th day of September, 2024 at 9:07 a.m., executed service by delivering a true copy of the **SUMMONS & PETITION FOR RELIEF IN THE FORM OF WRIT OF MANDAMUS** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

(X) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: Attempted service at 525 W. Ottawa Street, Lansing, MI 48906 spoke with attorney generals office and they stated they do not accept service for this entity.

Age ____ Sex M F  Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Scott A. VanOchten
PROCESS SERVER # N/A
Appointed in accordance with State Statutes

COURT HOUSE LEGAL SERVICES, INC.
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: 2024009610
Ref: UNITED SOVEREIGN AMERICANS

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United Sovereign Americans, Inc et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 24-cv-12256 |
| v. | ) | |
| Benson et al | ) | Hon. Robert J. White |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Michigan Bureau of Elections

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce L Castor , Jr
van der Veen, O'Neill, Hartshorn and Levin
1219 Spruce Street
19107
Philadelphia, PA 19107

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/C Shrum
*Signature of Clerk or Deputy Clerk*

Date of Issuance: September 4, 2024

