# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Michigan

Case Number: 24-CV-12256

Plaintiff:
**UNITED SOVEREIGN AMERICANS INC., et al.**

vs.

Defendant:
**JOCELYN BENSON, et al.**

For:
VAN DER VEEN, HARTSHORN & LEVIN
1219 Spruce St.
Philadelphia, PA 19107

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES, 950 PENNSYLVANIA AVE., N.W., WASHINGTON, DC 20530**.

I, Christopher J. Mullen, being duly sworn, depose and say that on the **17th day of September, 2024 at 5:45 am**, I:

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS & PETITION FOR RELIEF IN THE FORM OF WRIT OF MANDAMUS** to **ELY, MAIL CLERK VIA CERTIFIED MAIL as AUTHORIZED AGENT**, who stated they are authorized to accept service for: **MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES** at the address of: **950 PENNSYLVANIA AVE. N.W., WASHINGTON, DC 20530**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
THE ONLY METHOD OF SERVICE IS CERTIFIED MAIL. CERTIFIED MAIL SENT ON 9/12/24 AND RECEIVED 9/17 5:45AM. COPY OF GREEN CARD AND TRACKING DELIVERY CONFIRMATION ARE ATTACHED

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 1st day of October, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

MATTHEW J HOJNOWSKI
Notary Public, State of New Jersey
My Commission Expires May 25, 2028

**Christopher J. Mullen**
Process Server

**COURT HOUSE LEGAL SERVICES, INC.**
112 Haddontowne Ct, Ste. 304
Cherry Hill, NJ 08034
(856) 428-4700

Our Job Serial Number: CHL-2024009186
Ref: UNITED SOVEREIGN AMERICANS

# USPS Tracking®

**ALERT: HURRICANE HELENE, FLOODING, AND SEVE**

**Tracking Number:**

# 70192970000077503269

Copy    Add to Informed Delivery (https://inform

### Latest Update

Your item was picked up at a postal facility at 5:45 am on September 17, 2024 in WASHINGTON, DC 20535.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20535
September 17, 2024, 5:45 am

See All Tracking History

What Do USPS Tracking Status

Text & Email Updates

USPS Tracking Plus®

Product Information

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20535    **OFFICIAL USE**

Certified Mail Fee   $4.85
$                         $4.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage                $4.91
$
Total Postage and Fees
$ 13.86
Sent To  MERRICK GARLAND, A.G.
Street and Apt No., or PO Box No.
950 PENNSYLVANIA AVE N.W.
City, State, ZIP+4®
WASHINGTON, DC 20530

Postmark Here  09/12/2024  WOODCREST STATION CHERRY...

7019 2970 0000 7750 3269

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MERRICK GARLAND, A.G.
950 PENNSYLVANIA
WASHINGTON, DC 20530

**INSPECTED 28**

9590 9402 5764 0003 2865 11

2. Article Number (Transfer from service label)
7019 2970 0000 7750 3269

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____     ☐ Agent
                    ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
SEP 17 2024
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature                     ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United Sovereign Americans, Inc et al | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 24-cv-12256 |
| | ) | |
| v. | ) | |
| Benson et al | ) | Hon. Robert J. White |
| | ) | |
| Defendant. | ) | |

## SUMMONS IN A CIVIL ACTION

To: *Merrick Garland, Attorney General of the United States*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce L Castor , Jr
van der Veen, O'Neill, Hartshorn and Levin
1219 Spruce Street
19107
Philadelphia, PA 19107

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: s/C Shrum
Signature of Clerk or Deputy Clerk

Date of Issuance: September 4, 2024

