UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., et al., <br><br>　　Plaintiffs, <br><br>v. <br><br>JOCELYN MICHELLE BENSON, et al., <br><br>　　Defendants. | Case No. 24-cv-12256 <br><br>Honorable Robert J. White |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs and Federal Defendant respectfully submit this Stipulation and Order to extend Federal Defendant's deadline to file a reply brief until Friday, December 20, 2024 in support of Defendant's motion to dismiss (ECF No. 18).

WHEREFORE, Federal Defendant has until Friday, December 20, 2024 to file a reply brief.

　　　　　　　　　　　　　　　　　　s/ Robert J. White
　　　　　　　　　　　　　　　　　　Robert J. White
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 13, 2024

SO STIPULATED AND AGREED TO BY:

| | |
|---|---|
| van der Veen, Hartshorn, Levin & Lindheim | **Dawn N. Ison**<br>United States Attorney |
| <u>*/s/ Bruce L. Castor, Jr. (w/consent)*</u><br>**Bruce L. Castor, Jr. (PA 46370)**<br>1219 Spruce Street<br>Philadelphia, PA  19107<br>(215) 422-4194<br>bcastor@mtvlaw.com | <u>*/s/ Priya Bodary*</u><br>**Priya Bodary (CA319527)**<br>Assistant United States Attorney<br>211 W. Fort Street, Ste. 2001<br>Detroit, Michigan 48226<br>(313) 226-0831<br>Priya.bodary@usdoj.gov |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Dated: December 10, 2024 | Dated: December 10, 2024 |