UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC., et al., | |
| Petitioners, | Case No. 24-cv-12256 |
| v. | Honorable Robert J. White |
| JOCELYN BENSON, in her official capacity as Michigan Secretary of State, et al., | |
| Respondents. | |

## JUDGMENT

The Court has granted respondents' motions to dismiss the petition for a writ of mandamus with prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondents and against petitioners. Costs to be permitted in accordance with law.

                                          KINIKIA D. ESSIX
                                          CLERK OF COURT

                                          By: _s/Tara Villereal_____
                                                     Deputy Clerk

May 2, 2025
Approved: _s/Robert J. White_____
          Robert J. White
          United States District Judge

Case 2:24-cv-12256-RJW-APP   ECF No. 24, PageID.281   Filed 05/02/25   Page 2 of 2

